# UNITED STATES DISTRICT COURT

**EASTERN**     DISTRICT OF     **NORTH CAROLINA**

## JUDGMENT IN A CIVIL CASE

**CAROL DALENKO,**
      **Plaintiff,**

    **v.**                             **CASE NO:  5:10-CV-432-H**

**H. HUGH STEVENS, JR., individually and d/b/a
Stevens, Martin, Vaughn & Tadych, PLLC, and
EVERETT GASKINS HANCOCK LLP, and
DONALD W. STEPHENS, WILLIAM R. PITTMAN,
and KENNETH C. TITUS, state superior court judges, and
BARBARA A. JACKSON, JAMES A. WYNN, JR.,
ROBERT N. HUNTER, JR., state appellate court judges,
each in their individual and official capacities,**
      **Defendants.**

    **X**    **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED defendants' motions to dismiss are granted and plaintiff's complaint (including purported amendments) is dismissed for lack of jurisdiction.  Plaintiff shall have and recover nothing of the defendants and this case is closed.

SO ORDERED - s/ Malcolm J. Howard, Senior United States District Judge

**This Judgment filed and entered on July 11, 2011 and copies served to:**

Carol Dalenko                (Copies served via First Class US Mail only)
1709 Horton Road
Knightdale, NC 27545-8577

Grady L. Balentine, Jr.        (via CM/ECF Notice of Electronic Filing)

Hugh Stevens             (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| July 11, 2011 | DENNIS P. IAVARONE,  CLERK |
| Date | Clerk |
| | /s/ Lisa W. Lee |
| | (By) Deputy Clerk |