IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-CV-432-H

CAROL DALENKO,

    Plaintiff,

v.

DONALD W. STEPHENS, et al.,

    Defendants.

**ORDER**

This matter is before the court on plaintiff's motion to stay [DE #64] and plaintiff's motion to vacate [DE #66]. The court has carefully reviewed the plaintiff's motion as well as the record in this case. Finding no reason to alter or amend its prior orders and finding no merit to plaintiff's motions, said motions are DENIED. The court reminds plaintiff that this case is CLOSED. All other pending motions and/or requests are deemed MOOT.

This 4th day of October 2011.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26